## 16488.  WILLIAMS v. THE STATE.

BROYLES, C. J.  1. It has been well settled by repeated rulings of the Supreme Court and of this court that an affidavit by a witness for the state, made since the trial of the case, that his testimony given upon the trial was false, is not cause for a new trial. *Hayes* v. *State,* 16 *Ga. App.* 334 (2) (85 S. E. 253), and citations.

(*a*) This is especially true where the motion for a new trial is based upon extraordinary grounds. *Wheeler* v. *State,* 149 *Ga.* 473 (1) (100 S. E. 568).

2. "An affidavit in support of the witness upon whose newly discovered evidence a new trial is sought must give the *names* of his associates [italics ours], a statement that he keeps good company not being sufficient to meet this requirement, which is necessary to enable the prosecution to make a counter-showing; and where such affidavit does not comply with this requirement, the trial judge does not abuse his discretion by refusing to grant a new trial on this ground." *Ivey* v. *State,* 154 *Ga.* 63 (6) (113 S. E. 175).

(*a*) Especially is this true when the motion for a new trial is based solely upon extraordinary grounds, such grounds not being favored by the courts.

3. Under the above-stated rulings the overruling of the defendant's extraordinary motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 26, 1925.

Indictment for larceny of automobile; from Heard superior court —Judge Roop.  April 9, 1925.

*L. L. Meadors, M. U. Mooty, Smith & Taylor,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.